U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 30 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BOBBY FERGUSON | CIVIL ACTION NO. 12-cv-0942 |
| VERSUS | JUDGE STAGG |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Plaintiff's **Motion for Summary Judgment (Doc. 21)** is **denied** and Defendants' **Motion for Summary Judgment (Doc. 25)** is **granted.**

**IT IS FURTHER ORDERED** that the claims against those defendants named in the complaint but who did not join in the motion are **dismissed** based on the lack of an underlying constitutional violation and other reasons stated in the Report and Recommendation.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of May, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE